# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-

**SAMMIE JAMES SMITH**

Case Number: 5:03-cr-48-Oc-10GRJ

USM Number: 25491-018

Rick Carey, FPD
201 SW 2nd Street, Suite 102
Ocala, Florida 34475

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1 through 11 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | February 1, 2009 |
| 2 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | August 29, 2008 |
| 3 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | August 29, 2008 |
| 4 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | October 9, 2008 |
| 5 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | October 9, 2008 |
| 6 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | January 21, 2009 |
| 7 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | March 13, 2009 |
| 8 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | April 30, 2009 |
| 9 | Positive urinalysis for cocaine in violation of Condition 7 of the Standard Conditions of Supervision | April 30, 2009 |
| 10 | Failure to submit to urinalysis in violation of the Special Condition of Supervision | January 6, 2009 |
| 11 | Failure to submit to urinalysis in violation of the Special Condition of Supervision | January 7, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 25, 2009

*/s/ Wm. Terrell Hodges*
Wm. Terrell Hodges, United States District Judge

June 25, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months.**

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The Defendant shall surrender to the designated institution as notified by the U.S. Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal